JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CUTE OPTIONS d/b/a CREATIVE CUTE OPTIONS, INC., a California corporation,<br><br>                    Plaintiff,<br><br>     v.<br><br>NOELLE, LLC; GANZ U.S.A., LLP; GANZ, a business entity form unknown; and DOES 1 through 20, inclusive,<br><br>                    Defendants. | Case No. 2:15-cv-03606-ODW-JEMx<br><br>**ORDER RE DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE [25]** |

**ORDER RE DISMISSAL WITH PREJUDICE**

1  Upon stipulation jointly made by Plaintiff CUTE OPTIONS a/k/a CREATIVE CUTE OPTIONS, INC. ("Plaintiff") and Defendant NOELLE, LLC ("Defendant"), the only parties appearing in this action, by and through their counsel of record, and good cause appearing therefore:

**IT IS HEREBY ORDERED** that:

1. Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), the entire action and all claims asserted therein are hereby DISMISSED WITH PREJUDICE; and

2. All dates and deadlines in this action are vacated and taken off calendar, including Defendant's Motion to Dismiss (ECF No. 7) and Motion to Stay (ECF No. 16).

**IT IS SO ORDERED**.

Dated: August 28, 2015

Hon. Otis D. Wright, II
U.S. District Judge

**ORDER RE DISMISSAL WITH PREJUDICE**